AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
OCT 2 3 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro Lopez | ) | Case No. DR09-8335M-01 |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  **10/23/2009**  in the county of  **Val Verde**  in the  **Western**  District of **Texas**, the defendant violated  **21**  U. S. C. §  **841**  , an offense described as follows:

Alejandro Lopez did intentionally, knowingly and unlawfully possess with the intent to distribute approximately 105.6 kilograms of a Marijuana, a Schedule I controlled substance.

This criminal complaint is based on these facts:
See Attached Sheet.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Fuentez, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **10/23/2009**

_____
*Judge's signature*

City and state:  **Del Rio, TX**

V.R. GARCIA
*Printed name and title*
U.S. MAGISTRATE

DR09-8335mj01

On October 22, 2009, Del Rio Texas Police Department Criminal Investigations Divisions Investigators received information regarding narcotics being stored at 147 Harvey Dr. Del Rio, Texas. Contact was made with the renter of the residence who was identified as Jose Garcia. Garcia stated he rents the residence along with his common law wife Ninfa Leal. Garcia was asked for consent to search his residence, and Garcia fully and voluntarily agreed to the search. Garcia voluntarily signed a Consent to Search Form. U.S. Immigration & Customs Enforcement Senior Special Agent Gabriel Villanueva and Task Force Officer Michael Fuentez responded to 147 Harvey Dr. along with the assistants of the Del Rio Police Department Investigators and Val Verde County Sheriff's Deputy Robert Clerk. Upon arrival at 147 Harvey Dr, Officers made contact with Leal. After explaining to Leal the reason for their presence, Leal also granted them verbal consent to search of her residence. A total of 12 bundles of Marijuana weighing approximately 105.6 kilograms gross weight were recovered from within an hallway closet and inside a child's bedroom closet.